UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY J. FAILS,

    Plaintiff,

v.                                                  CASE NO. 3:08cv520/MCR/CJK

SHERIFF'S DEPARTMENT, et al.,

    Defendants.
_____/

# O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 13, 2018. ECF No. 39. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 39, is adopted and incorporated by reference in this Order.

2. Plaintiff's motions for relief from judgment filed under Fed. R. Civ. P. 60(b)(4), ECF Nos. 37 and 38, are DENIED.

DONE AND ORDERED this 27th day of June 2018.

        s/ *M. Casey Rodgers*
       **M. CASEY RODGERS**
       **UNITED STATES DISTRICT JUDGE**