**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**ANTHONY J. FAILS,**

    **Plaintiff,**

v.                                           CASE NO. 3:08-cv-00520-MCR-CJK

**SHERIFF'S DEPARTMENT, et al.,**

    **Defendants**.
_____/

# O R D E R

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated November 2, 2018. ECF No. 53. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and the objection, ECF No. 54, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 53, is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for relief from judgment filed under Fed. R. Civ. P. 60(b)(4), ECF No. 52, is **DENIED**.

3. Plaintiff's "Motion to Take Judicial Notice," ECF No. 55, is **DENIED**.

4. The Clerk is directed to return, without filing, any future documents Plaintiff submits for filing in this case (apart from a notice of appeal from this Order), unless Plaintiff first pays the balance remaining on his filing fee in this case ($346.50).

**DONE AND ORDERED** this 30th day of November, 2018.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**